**WEILAND GOLDEN LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Reem J. Bello, State Bar No. 198840
rbello@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone:   (714) 966-1000
Facsimile:   (714) 966-1002

Attorneys for Chapter 7 Trustee
Weneta M.A. Kosmala

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JOHN OLAF HALVORSON,<br><br>              Debtor.<br><br>RICHARD BAEK, an individual, BAEK 153, LLC, an Oregon Limited Liability Company, and PACIFIC COMMERCIAL GROUP, LLC, an Oregon Limited Liability Company,<br><br>              Plaintiffs,<br><br>      v.<br><br>JOHN O. HALVORSON, an individual, DAN L. HALVORSON, an individual, and JERRY ANN RANDALL, individually and as trustee of the JERRY ANN RANDALL TRUST dated July 30, 2007, PCC FUND 1, LLC, a California Limited Liability Company, GRANITE BAY PARTNERS II, LLC, a Delaware Limited Liability Company, JH RE HOLDINGS, LLC, a Delaware Limited Liability Company, COMMERCIAL INCOME ADVISORS, INC., a California corporation, DOES through 5,<br><br>              Defendants. | Case No. 8:15-bk-13556-MW<br><br>Chapter 7<br><br>**NOTICE OF REMOVAL OF UNITED STATES DISTRICT COURT ACTION TO BANKRUPTCY COURT PURSUANT TO RULE 9027 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND 28 U.S.C. §§ 157 AND 1334**<br><br>[No Hearing Date Required] |

**TO THE HONORABLE MARK S. WALLACE, UNITED STATES BANKRUPTCY JUDGE, ALL PARTIES IN THE DISTRICT COURT CIVIL ACTION HEREBY REMOVED, AND**

**THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that Weneta M. Kosmala, the duly appointed chapter 7 trustee (the "Trustee") for the estate ("Estate") of John O. Halvorson ("Debtor"), hereby removes the action entitled Richard Baek, et. al. vs. John O. Halverson, et al., filed on July 2, 2015, in the United States District Court, Eastern District of California, as case number 2:15-CV-15-CV-01425-WBS-DAD (the "Action"), to the United States Bankruptcy Court for the Central District of California, Santa Ana Division, pursuant to 28 U.S.C. §§ 157 and 1334, and Rule 9027 of the Federal Rules of Bankruptcy Procedure and gives notice of said removal to each of the following:

1. Honorable William B. Shubb. District Court Judge, Courtroom 5, 14th Floor, Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California, 95814.

2. Plaintiff, through his attorney of record, Phillip Allan Trajan Perez, 100 Oceangate, Suite 300, Long Beach, California, 90802.

3. Debtor, through his attorney of record, Marc C. Forsythe, Goe & Forsythe, LLP, 18101 Von Karman Avenue, Suite 510, Irvine, California, 92612.

4. Defendants, through their attorney of record, Guillermo Cabrera, The Cabrera Firm, APC, 501 W. Broadway, Suite 800, San Diego, California, 92101.

**PLEASE TAKE FURTHER NOTICE** that removal of the Action is based on the following facts:

a. On July 16, 2015, the Debtor filed a voluntary petition under chapter 7 of the Bankruptcy Code, initiating this case, Case No. 8:15-bk-13556-MW. Trustee Kosmala was appointed as the Chapter 7 Trustee.

b. The Action is a civil proceeding arising in or related to the Debtor's chapter 7 case. Pursuant to the general reference with respect to cases arising under title 11 of the United States Code and 28 U.S.C. § 157(a), the court presiding over the chapter 11 case has jurisdiction of each and every cause of action asserted in the Action pursuant to 28 U.S.C. § 1334. Resolution of the claims asserted in the Action involve matters concerning

**Weiland Golden LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

the administration of the bankruptcy estate, proceedings to determine, avoid or recover fraudulent conveyances, orders to turn over property of the estate, and other proceedings affected the liquidation of the assets of the assets of the estate or the adjustment of the debtor-creditor relationship.  The Action is a core proceeding under 28 U.S.C. § 157(b)(2).  In the event that any claim or cause of action asserted in the Action is determined to be non-core, Trustee consents to the entry of final orders or judgments by the bankruptcy judge.

c.    As such, removal of each claim and cause of action of the Action to the Bankruptcy Court is authorized by 28 U.S.C. §§ 157 and 1334 and the General Order of the United States District Court for the Central District of California referring bankruptcy matters to the United States Bankruptcy Court.  Removal is in accordance with Rule 9027 of the Federal Rules of Bankruptcy Procedure and applicable Local Bankruptcy Rules.

d.    Trustee timely filed this notice of removal within the time period required by Rule 9027(a)(2) of the Federal Rules of Bankruptcy Procedure.

e.    The complaint in the Action is attached as Exhibit "1".  All other pleadings, process, orders, and other filings in the District Court action will be filed with the Bankruptcy Court pursuant to Rule 9027(e)(2) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 9027.

f.    Venue is proper in this district under 28 U.S.C. §1452(a) because this district embraces the place where the state court action has been pending.

g.    Trustee will file promptly a copy of this notice of removal with the clerk of the District Court where the Action has been pending.

h.    No admissions of fact, law or liability are intended by this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved.

**NOW THEREFORE**, all parties to the Action are hereby notified, pursuant to Rule 9027(a) of the Federal Rules of Bankruptcy Procedure, that removal of the Action was effected upon the filing of a copy of this Notice of Removal.  The Action is removed from the District Court to the Bankruptcy Court presiding over the instant Chapter 7 bankruptcy

Weiland Golden LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000    Fax 714-966-1002

1 case. The parties to the Action shall proceed no further in the District Court unless and
2 until the Action is remanded by the Bankruptcy Court.

WEILAND GOLDEN LLP

DATED: October 14, 2015            By: /s/ REEM J. BELLO
                                   REEM J. BELLO
                                   Attorneys for Chapter 7 Trustee,
                                   Weneta M.A. Kosmala

**Weiland Golden LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF REMOVAL OF UNITED STATES DISTRICT COURT ACTION TO BANKRUPTCY COURT PURSUANT TO RULE 9027 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND 28 U.S.C. §§ 157 AND 1334** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 14, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

[X] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **October 14, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[X] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 14, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Mark Wallace, 411 W. 4th Street, Santa Ana, CA  92701

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 14, 2015 | Kelly Adele | /s/ *Kelly Adele* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                       **F 9013-3.1.PROOF.SERVICE**
1041900.1

**VIA U.S. MAIL**
Honorable William B. Shubb
Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA  95814

Philip Allan Trajan Perez, Esq.
100 Oceangate, Suite 300
Long Beach, CA  90802
**Attorney for Plaintiff**

Guillermo Cabrera, Esq.
The Cabrera Firm, APC
501 W. Broadway, Suite 800
San Diego, CA  92101
**Attorney for Defendants**

**Electronic Mail Notice List**
Christopher N Coyle     chris@vbcattorneys.com, vbcattorney4@yahoo.com
Marc C Forsythe     kmurphy@goeforlaw.com, mforsythe@goeforlaw.com
Weneta M Kosmala (TR)     ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
Jennifer M Macedo     jennifer.macedo@gatewayonelending.com
Charity J Miller     cmiller@goeforlaw.com, kmurphy@goeforlaw.com
Misty A Perry Isaacson     misty@ppilawyers.com, ecf@ppilawyers.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

FORM B104 (08/07)                             2007 USBC, Central District of California

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Page 2) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>RICHARD BAEK, BAEK 153 LLC, PACIFIC COMMERCIAL GROUP, | **DEFENDANTS**<br>JOHN O. HALVORSON, DAN L. HALVORSON, et. al. |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Phillip Allan Trajan Perez, 100 Oceangate, Suite 300, Long Beach, California, 90802. Telephone: 562/435-8002 | **ATTORNEYS** (If Known)<br>Marc C. Forsythe, Goe & Forsythe, LLP, 18101 Von Karman Avenue, Suite 510, Irvine, California, 92612. Telephone: 949/798-2460 |
| **PARTY** (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor    ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☒ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☐ Other<br>☐ Trustee |
| **CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)<br>Complaint for Fraudulent Transfer, Constructive/Resulting Trust | |

**NATURE OF SUIT**
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☒ 13-Recovery of money/property - §548 fraudulent transfer
☒ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 689,000.00 |
| Other Relief Sought | |

FORM B104 (08/07), page 2                                                                      2007 USBC, Central District of California

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| **NAME OF DEBTOR**<br>JOHN OLAF HALVORSON | **BANKRUPTCY CASE NO.**<br>8:15-bk-13556MW | |
| **DISTRICT IN WHICH CASE IS PENDING**<br>Central District of California | **DIVISIONAL OFFICE**<br>Santa Ana Division | **NAME OF JUDGE**<br>Mark Wallace |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** | | |
| **PLAINTIFF** | **DEFENDANT** | **ADVERSARY PROCEEDING NO.** |
| **DISTRICT IN WHICH ADVERSARY IS PENDING** | **DIVISIONAL OFFICE** | **NAME OF JUDGE** |
| **SIGNATURE OF ATTORNEY (OR PLAINTIFF)**<br>*/s/ Reem Bello* | | |
| **DATE**<br>10/14/15 | **PRINT NAME OF ATTORNEY (OR PLAINTIFF)**<br>Reem J. Bello | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendents.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.