**WEILAND GOLDEN LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Reem J. Bello, State Bar No. 198840
rbello@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone: (714) 966-1000
Facsimile: (714) 966-1002

Attorneys for Chapter 7 Trustee
Weneta M.A. Kosmala

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JOHN OLAF HALVORSON,<br><br>Debtor. | Case No. 8:15-bk-13556-MW<br><br>Adv. No. 8:15-ap-01391 MW<br><br>Chapter 7 |
| RICHARD BAEK, an individual, BAEK 153, LLC, an Oregon Limited Liability Company, and PACIFIC COMMERCIAL GROUP, LLC, an Oregon Limited Liability Company,<br><br>Plaintiffs,<br>v.<br><br>JOHN O. HALVORSON, an individual, DAN L. HALVORSON, an individual, and JERRY ANN RANDALL, individually and as trustee of the JERRY ANN RANDALL TRUST dated July 30, 2007, PCC FUND 1, LLC, a California Limited Liability Company, GRANITE BAY PARTNERS II, LLC, a Delaware Limited Liability Company, JH RE HOLDINGS, LLC, a Delaware Limited Liability Company, COMMERCIAL INCOME ADVISORS, INC., a California corporation, DOES through 5,<br><br>Defendants. | **SUPPLEMENTAL PROOF OF SERVICE FOR (1) NOTICE OF REMOVAL OF UNITED STATES DISTRICT COURT ACTION TO BANKRUPTCY COURT PURSUANT TO RULE 9027 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND 28 U.S.C. §§ 157 AND 1334 (2) EXHIBIT "1" TO NOTICE OF REMOVAL OF UNITED STATES DISTRICT COURT ACTION TO BANKRUPTCY COURT PURSUANT TO RULE 9027 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND 28 U.S.C. §§ 157 AND 1334**<br>[No Hearing Date Required] |

1041900.1     1     NOTICE OF REMOVAL

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): **(1) NOTICE OF REMOVAL OF UNITED STATES DISTRICT COURT ACTION TO BANKRUPTCY COURT PURSUANT TO RULE 9027 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND 28 U.S.C. §§ 157 AND 1334 (2) EXHIBIT "1" TO NOTICE OF REMOVAL OF UNITED STATES DISTRICT COURT ACTION TO BANKRUPTCY COURT PURSUANT TO RULE 9027 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND 28 U.S.C. §§ 157 AND 1334** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 14, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

[X] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **October 14, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[X] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 14, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Mark Wallace, 411 W. 4th Street, 5th Floor, Santa Ana, CA  92701

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 14, 2015 | Kelly Adele | /s/ *Kelly Adele* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                             **F 9013-3.1.PROOF.SERVICE**
1041900.1

**VIA U.S. MAIL**
Marc C. Forsythe, Esq.
Goe & Forsythe LLP
18101 Von Karman Avenue, Suite 510
Irvine, CA  92612

**Electronic Mail Notice List**
Reem J Bello     rbello@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
Weneta M Kosmala (TR)     ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov