Marc C. Forsythe - State Bar No. 153854
Charity J. Manee – State Bar No. 286481
**GOE & FORSYTHE, LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
mforsythe@goeforlaw.com
cmiller@goeforlaw.com

Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

Attorneys for Debtor/Defendant John Olaf Halvorson

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>JOHN OLAF HALVORSON,<br><br>Debtor. | Case No. 8:15-bk-13556-MW<br><br>Chapter 7<br><br>Adv. Case No. 8:15-ap-01454-MW<br>Adv. Case No. 8:15-ap-01391 MW |
| RICHARD BAEK, an individual, BAEK 153, LLC, an Oregon Limited Liability Company, and PACIFIC COMMERICAL GROUP, LLC, an Oregon Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN O. HALVORSON, an individual, DAN L. HALVORSON, an individual, and JERRY ANN RANDALL, individually and as trustee of the JERRY ANN RANDALL TRUST dated July 30, 2007, PCC FUND 1,LLC, a California Limited Liability Company, GRANITE BAY PARTNERS II, LLC, a Delaware Limited Liability Company, JH RE HOLDINGS, LLC, a Delaware Limited Liability Company, COMMERCIAL INCOME ADVISORS, INC., a California corporation, DOES through 5,<br><br>Defendant. | **STIPULATION TO CONTINUE HEARING ON DEBTOR'S MOTION FOR:**<br><br>**(1) SANCTIONS AGAINST RICHARD BAEK, BAEK 153, LLC, PACIFIC COMMERCIAL GROUP, LLC, GRACE BAEK, AND THEIR ATTORNEYS OF RECORD, COREY TOLLIVER, AND CHRISTOPHER COYLE FOR FAILURE TO PARTICIPATE IN COURT ORDERED MEDIATION IN GOOD FAITH; AND**<br><br>**(2) ORDER REVOKING *PRO HAC VICE* ADMISSIONS OF ATTORNEYS CHRISTOPHER COYLE AND COREY TOLLIVER**<br><br>**Current Hearing Date:**<br>**Date:**         June 13, 2018<br>**Time:**         9:00 a.m.<br>**Courtroom:**   6C |

1

**TO THE HONORABLE MARK S. WALLACE, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES:**

This stipulation (the "Stipulation") to continue the hearing currently set for June 13, 2018 at 9:00 a.m., on Debtor John Halvorson's ("Debtor") *Motion For: (1) Sanctions Against Richard Baek, Baek 153, LLC, Pacific Commercial Group, LLC, Grace Baek, and Their Attorneys Of Record, Corey Tolliver, and Christopher Coyle For Failure To Participate In Court Ordered Mediation In Good Faith; and (2) Order Revoking Pro Hac Vice Admissions Of Attorneys Christopher Coyle And Corey Tolliver* [Docket No. 41 in Case No. 8:15-ap-10454, Docket No. 61 in Case No. 8:15-ap-01391] ("Sanctions Motion") is entered into by and between Debtor, Weneta M. A. Kosmala, the chapter 7 trustee ("Trustee") of the bankruptcy estate of John Olaf Halvorson, Dan L. Halvorson, Jerry Ann Randall individually and as trustee of the Jerry Ann Randall Trust dated July 30, 2007, Richard Baek, Grace Baek, Baek 153, LLC, Pacific Commercial Group, LLC, Christopher Coyle, and Cory Tolliver (collectively the "Parties"), by and through their respective counsel of record, pursuant to the following recitals:

## RECITALS

The Sanctions Motion was filed on June 3, 2016, in which the Debtor alleged that the respondents to the Sanctions Motion orchestrated his arrest to occur during a Court-ordered mediation session conducted by the Honorable Meredith A. Jury seven (7) days earlier on May 27, 2016, among other things.

After the Court learned of the arrest, it stayed the adversary proceedings that were involved in that mediation, and ultimately, on October 30, 2017 through November 3, 2017, conducted a five (5) day, bifurcated trial ("Bifurcated Trial").

The Sanctions Motion was originally calendared for hearing by Debtor on July 27, 2016, but was continued by the Court to allow the Bifurcated Trial to be held before the Sanctions Motion is decided. The Sanctions Motion is currently scheduled for hearing on June 13, 2018 at 9:00 a.m., however, the Court has stayed its Memorandum of Decision issued following the Bifurcated Trial through August 17, 2018 to allow resolution of issues related to the Court's

2

jurisdiction over the adversary proceeding entitled Kosmala v. Halvorson, Case No. 8:15-ap-01391 MW.

Accordingly, the Parties hereby stipulate to continue the Sanctions Motion to allow the jurisdictional issue to be resolved and the stay imposed by the Court lifted as to both adversary proceedings in which the Sanctions Motion.

## STIPULATION

Based on the foregoing recitals which are incorporated into this Stipulation by this reference, the Parties stipulate and agree that the Sanctions Motion presently scheduled for June 13, 2018, at 9:00 a.m. be continued to a date and time convenient to the Court's calendar after September 14, 2018.

**IT IS SO STIPULATED.**

DATED:    May 22, 2018             **GOE & FORSYTHE, LLP**

By: /s/Marc C. Forsythe
    Marc C. Forsythe, Attorneys for Debtor
    John Olaf Halvorson

DATED:    May 22, 2018             **WEILAND GOLDEN GOODRICH, LLP**

By: [signature]
    Reem, Bello, Attorneys for Weneta M.A.
    Kosmala, Chapter 7 Trustee for the
    Bankruptcy Estate of John Olaf Halvorson

SIGNATURES CONTINUE ON NEXT PAGE

3

1

2  DATED: May 22, 2018                DINSMORE & SHOHL, LLP

3                                      By: _____
4                                      Christopher Celentino and Peter W. Bowie,
                                       Attorneys for Defendants Dan L.
5                                      Halvorson and Jerry Ann Randall,
                                       individually and as trustee of the Jerry
6                                      Ann Randall Trust dated July 30, 2007

7

8  DATED: May ___, 2018               **LONG & LEVIT, LLP**

9
                                       By: _____
10                                     Jessica R. MacGregor, Attorneys for
                                       Respondents Corey Tolliver and
11                                     Christopher Coyle

12
   DATED: May ___, 2018               **ROBIE & MATTHAI, APC**
13

14
                                       By: _____
15                                     Kyle Kveton, Esq., Attorneys for Plaintiffs
                                       Richard Baek, Baek 153, LLC, Pacific
16                                     Commercial Group, LLC, and Grace Baek

17

18

19

20

21

22

23

24

25

26

27

28

4

1

2  DATED:    May ____, 2018                    **DINSMORE & SHOHL, LLP**

3

4                                              By: _____
                                                  Christopher Celentino and Peter W. Bowie,
5                                                 Attorneys for Defendants Dan L.
                                                  Halvorson and Jerry Ann Randall,
6                                                 individually and as trustee of the Jerry
                                                  Ann Randall Trust dated July 30, 2007
7

8  DATED:    May 22, 2018                      **LONG & LEVIT, LLP**

9
                                               By: _____
10                                                Jessica R. MacGregor, Attorneys for
                                                  Respondents Corey Tolliver and
11                                                Christopher Coyle

12

13 DATED:    May ____, 2018                    **ROBIE & MATTHAI, APC**

14
                                               By: _____
15                                                Kyle Kveton, Esq., Attorneys for Plaintiffs
                                                  Richard Baek, Baek 153, LLC, Pacific
16                                                Commercial Group, LLC, and Grace Baek

17

18

19

20

21

22

23

24

25

26

27

28

4

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: May ___, 2018 | **DINSMORE & SHOHL, LLP** |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Christopher Celentino and Peter W. Bowie, Attorneys for Defendants Dan L. Halvorson and Jerry Ann Randall, individually and as trustee of the Jerry Ann Randall Trust dated July 30, 2007 |
| 6 | | |
| 7 | | |
| 8 | DATED: May ___, 2018 | **LONG & LEVIT, LLP** |
| 9 | | |
| 10 | | By: _____ |
| 11 | | Jessica R. MacGregor, Attorneys for Respondents Corey Tolliver and Christopher Coyle |
| 12 | DATED: May 22, 2018 | **ROBIE & MATTHAI, APC** |
| 13 | | |
| 14 | | By: _[signature]_____ |
| 15 | | Kyle Kveton, Esq., Attorneys for Plaintiffs Richard Baek, Baek 153, LLC, Pacific Commercial Group, LLC, and Grace Baek |

4

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO CONTINUE HEARING ON DEBTOR'S MOTION FOR: (1) SANCTIONS AGAINST RICHARD BAEK, BAEK 153, LLC, PACIFIC COMMERCIAL GROUP, LLC, GRACE BAEK, AND THEIR ATTORNEYS OF RECORD, COREY TOLLIVER, AND CHRISTOPHER COYLE FOR FAILURE TO PARTICIPATE IN COURT ORDERED MEDIATION IN GOOD FAITH; AND (2)    ORDER REVOKING PRO HAC VICE ADMISSIONS OF ATTORNEYS CHRISTOPHER COYLE AND COREY TOLLIVER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 24, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) May 24, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

- Weneta M. Kosmala, 3 MacArthur Place, Suite 760, Santa Ana, CA 92707

☐    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 24, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows: Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Mark S. Wallace, USBC, 411 West Fourth Street, Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 24, 2018 | Kerry A. Murphy | /s/Kerry A. Murphy |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

**Mailing Information for Case 8:15-ap-01391-MW**
**Electronic Mail Notice List**
The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Christopher C Barsness    cbarsness@barthattorneys.com
- Reem J Bello    rbello@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cyoshonis@wgllp.com;cbmeeker@gmail.com
- Peter W Bowie    peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- Guillermo Cabrera    gil@cabrerafirm.com
- Christopher Celentino    chris.celentino@dinsmore.com, caron.burke@dinsmore.com
- Marc C Forsythe    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
- Steven J. Katzman    SKatzman@bmkattorneys.com, admin@bmkattorneys.com;chowland@bmkattorneys.com
- Weneta M Kosmala (TR)    ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
- Kyle Kveton    kkveton@romalaw.com, mecheverria@romalaw.com
- Jessica R MacGregor    jmacgregor@longlevit.com, lmyers@longlevit.com
- Ali Matin    amatin@bmkattorneys.com, admin@bmkattorneys.com;chowland@bmkattorneys.com
- Charity J Miller    cmiller@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com
- Faye C Rasch    frasch@wgllp.com, kadele@wgllp.com;tziemann@wgllp.com
- Corey B Tolliver    ctolliver@vital-enterprises.com, 4394866420@filings.docketbird.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**Mailing Information for Case 8:15-ap-01454-MW**
**Electronic Mail Notice List**
The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Reem J Bello    rbello@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cyoshonis@wgllp.com;cbmeeker@gmail.com
- Peter W Bowie    peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- Christopher Celentino    chris.celentino@dinsmore.com, caron.burke@dinsmore.com
- Marc C Forsythe    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
- Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
- Steven J. Katzman    SKatzman@bmkattorneys.com, admin@bmkattorneys.com;chowland@bmkattorneys.com
- Weneta M Kosmala (TR)    ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
- Kyle Kveton    kkveton@romalaw.com, mecheverria@romalaw.com
- Jessica R MacGregor    jmacgregor@longlevit.com, lmyers@longlevit.com
- Ali Matin    amatin@bmkattorneys.com, admin@bmkattorneys.com;chowland@bmkattorneys.com
- Charity J Miller    cmiller@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com
- Faye C Rasch    frasch@wgllp.com, kadele@wgllp.com;tziemann@wgllp.com
- Adam M Starr    AdamStarr@MarkowitzHerbold.com, 6699611420@filings.docketbird.com
- Corey B Tolliver    ctolliver@vital-enterprises.com, 4394866420@filings.docketbird.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov